IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE EVAN MORRIS,

    Petitioner,                           No. CIV S-06-1277 GEB DAD P

    vs.

WARDEN EVANS, et al.,

    Respondents.                      ORDER

_____/

        Petitioner has requested an extension of time to file objections to the findings and recommendations filed July 21, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 31, 2006 motion for extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file any objections to the findings and recommendations filed July 21, 2006.

DATED: August 4, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
morr1277.111