IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE EVAN MORRIS,

      Petitioner,                    2:06-cv-1277-GEB-DAD-P

      vs.

WARDEN EVANS, et al.,

      Respondents.               ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On July 21, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fifteen days. Pursuant to an extension of time granted by the magistrate judge on August 7, 2006, petitioner has filed timely objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

/////

1

1 | file, the court finds the findings and recommendations to be supported by the record and by
2 | proper analysis.

3 |   Accordingly, IT IS HEREBY ORDERED that:

4 |   1. The findings and recommendations filed July 21, 2006, are adopted in full; and

5 |   2. This action is summarily dismissed.

6 | Dated: August 28, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```